IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | |
|---|---|
| Civil Action:  24-cv-02042-CNS-STV | Date:  May 6, 2025 |
| Courtroom Deputy:  Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| DALTON B RUSSELL<br>**Plaintiff**<br><br>v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, S.I.<br><br>**Defendant** | *Leonard Higdon*<br><br><br><br>*Katie Johnson*<br>*Nathaniel Moyer* |

### COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session:  8:58 a.m.

Appearance of counsel.

Argument as to [19] Defendant's Motion for Judgment on the Pleadings given by Ms. Johnson and Mr. Higdon with questions from the Court.

The Court makes Findings of Fact, Conclusions of Law.  As outlined on the record, it is

**ORDERED:   [19] Defendant's Motion for Judgment on the Pleadings is GRANTED.**

> **Judgment to enter in favor of American Family Mutual Insurance Company, S.I., and against Dalton B Russell.**
>
> **Case is dismissed.**

Court in Recess:  9:47 a.m.          Hearing concluded.          Total time in Court:  00:49